# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GENERAL MOTORS LLC, a Delaware limited liability company, and GM GLOBAL TECHNOLOGY OPERATIONS LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>AUTEL. US Inc., a New York corporation, AUTEL INTELLIGENT TECHNOLOGY CO., LTD, a Chinese corporation, and Gary DeLuca, an individual,<br><br>　　　　　Defendants. | Case No. 14-14864<br><br>Hon. Terrence G. Berg<br><br>Magistrate Judge: Michael J. Hluchaniuk |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs General Motors LLC and GM Global Technology Operations LLC, and Defendants Autel. US Inc., Autel Intelligent Technology Co., Ltd., and Gary DeLuca (collectively, "the Parties" and each individually, "a Party") have advised the Court that they, together with certain affiliates, have entered into a Settlement Agreement that resolves this action.  The Parties have stipulated and agreed that this action shall be dismissed with prejudice with each Party to bear its own costs and attorney fees.  The Parties have further stipulated and agreed that that any dispute arising out of the Settlement Agreement and its construction is

21735610.3

subject to the exclusive jurisdiction of a court residing in the Eastern District of Michigan.

Therefore, this matter having come before the Court on the stipulation of the Parties; and the Court being fully advised;

IT IS ORDERED that this entire action is dismissed with prejudice with each Party to bear its own costs and attorney fees; and

any dispute arising out of the Settlement Agreement and its construction is subject to the exclusive jurisdiction of a court residing in the Eastern District of Michigan.

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: July 1, 2016
Flint, Michigan

Stipulated and Agreed:

| HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>Attorneys for Plaintiffs | KERR, RUSSELL, AND WEBER, PLC<br>Attorneys for Defendants |
|---|---|
| By: /s/ Emily J. Tait<br>Emily J. Tait (P74708)<br>Honigman Miller Schwartz and Cohn LLP<br>39400 Woodward Ave., Ste. 101<br>Bloomfield Hills, MI 48304-5151<br>Tel. (248) 566-8300<br>etait@honigman.com | By: /s/ Fred K. Herrmann<br>Fred K. Herrmann (P49519)<br>Anna Valk (P77578)<br>Kerr, Russell, and Weber, PLC<br>Detoit Center, Ste. 2500<br>500 Woodward Ave.<br>Detroit, MI 48226-3427<br>(313) 961-0200<br>fherrmann@kerr-russell.com<br>avalk@kerr-russell.com |

21735610.3

| | |
|---|---|
| J. Michael Huget (P39150)<br>Sarah E. Waidelich (P80225)<br>Honigman Miller Schwartz and Cohn LLP<br>315 E. Eisenhower Pkwy, Ste. 100<br>Ann Arbor, MI 48108-3330<br>(734) 418-4254<br>mhuget@honigman.com<br>swaidelich@honigman.com | DRINKER BIDDLE AND REATH LLP<br>Attorneys for Defendants<br><br>Keith A. Walter<br>Thatcher A. Rahmeier<br>Zhun Lu<br>222 Delaware Avenue, Ste. 1410<br>Wilmington, DE 19801-1621<br>(302) 467-4200<br>keith.walter@dbr.com<br>thatcher.rahmeier@dbr.com<br>zhun.lu@dbr.com<br><br>Brian A. Coleman<br>1500 K Street, NW, Ste. 1100<br>Washington, DC 20005-1209<br>(202) 842-8465<br>brian.coleman@dbr.com |